1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03102-BNB
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2011

GREGORY C. LANGHAM
CLERK

Joseph X. Sanchez, Plaintiff,

v.

Denver Downtown Detention Center,

Denver Sheriff's Dept.,

Denver Health,

________,

________,

________,

________,

________, Defendant(s).

(List each named defendant on a separate line.)

---

PRISONER COMPLAINT

---

(Rev. 1/30/07)

2

## A. PARTIES

1. _Joseph X. Sanchez, 5624730, 490 W. Colfax Denver, CO, 80204_
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   _and 3956 N Xavier St. — Would like to get mail sent to both places_

2. _Jumped down off top bunk and came down on right ankle wrong._
   (Name, title, and address of first defendant)
   _Also reinjured it by slipping on wet floor which had no wet signs put up_
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____
   _____

3. _____
   (Name, title, and address of second defendant)
   _____
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____
   _____

4. _____
   (Name, title, and address of third defendant)
   _____
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____
   _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                     2

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    **X**   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___   28 U.S.C. § 1331 and ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Severe ankle injury

(Rev. 1/30/07)                                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _Come down off bed wrong_

   Supporting Facts:

   I jumped off the top bunk in 4F-203 and came down on my right ankle wrong. In result of the injury, the doctor informed me after taking multiple x-rays that my tendon in my right ankle tore off a piece of bone in my back in step of my ankle. At the time of the first week of December I had an appointment to see an orthopedic, in which he took more x-rays and said that and I quote "To just walk and spell out the alphabet using your feet for an ankle exercise". In which I have been doing and would like another professional opinion (expertise) because I feel like a weather man from my ankle. Every morning I wake up and put weight on my ankle, im still in excruciating pain and have to warm it up to get going for the day. There are no signs or how to come down properly off the top bunk in the Denver Downtown Detention Center. I also believe that there should be ladders or stepping devices for inmates to get down from the top bunk because since I've come into the Downtown Detention Center I've seen other inmates who should not be on the top bunk and use chairs to get down and that is also unsafe. One inmate for example has screws and plates in one of his ankles and another don't have the best hand eye coordination and is also a husky gentleman and fell head first getting off the top bunk due to no stepping devices to get off the top bunk to name a few.

(Rev. 1/30/07)                                    4

2. Claim Two: <u>Reinjured ankle on wet floor with no wet signs set up</u>

   Supporting Facts:

I reinjured my right ankle while coming out of my pod 4F-103 while on crutches and the floor was wet. No wet floor signs were put up indicating me that the floor was wet in the first place. Thats still an issue till this day, when the porters are cleaning up after chow are cleaning up and mopping the floor not once have I seen a wet floor sign be put up. The cameras in pod 4F can vouche for my complaint as well as the porters, deputies and other of my fellow inmates. If there were wet signs put up I believe I could have been warned prior to me going out of my pod. My crutches slipped out from underneath my arms and while I tried to catch my self I came down wrong on my already injured ankle and messed it up again. I have other inmates including the Deputy on duty at that time who also could vouche for me, one Denise Vigil, Adrian Abeyrey, and Deputy tedill's believe was on duty at the time but am not for certain I would have to check my paper work.

3. Claim Three: <u>Denver Heatlh at Denver Downtown Detention Center and the main hospital.</u>
   Supporting Facts:

Denver Heatlh at Denver Downtown Detention Center charged me $14.00 in which I wrote 2 medical notes and didnt get tended to for what I wrote to get seen for. One was supposed to be a follow up for my injured ankle and I wasnt supposed to get charged for an the second one was for a different issue in which I didnt get treated for all. I have grievances that I have wrote out concerning this matter and Denver Heatlh has my paper trail as well that can prove my complaint situation. Also for Denver Heatlh hospital I was seen by an orthapedist who gave me his professional opinion on how to deal with my injury and I have complied with his advice but still feel that something is wrong with my ankle and would like another professional opinion by another orthapedist.

(Rev. 1/30/07)                                   6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No  (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ___ Yes _X_ No  (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes _X_ No (CHECK ONE).

(Rev. 1/30/07)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I am requesting that the Denver Downtown Detention Center, put ladders on the beds are some sort of stepping devices so inmates can get down or up from the top bunks more easily. For deputies to get on the tier clerks to put up wet floor signs after mopping or when a spell where to occur. Finally, I want to get a second opinion by another orthopedic professional for my ankle because my ankle still hurts and I still have pain in it.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   01/21/2011
                    (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                    8