FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03102-BNB

JOSEPH X. SANCHEZ,

    Plaintiff,

v.

DENVER DOWNTOWN DETENTION CENTER,
DENVER SHERIFF'S DEPT., and
DENVER HEALTH,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Joseph X. Sanchez, is an inmate at the Denver County Jail in Denver, Colorado. On January 25, 2011, Mr. Sanchez filed *pro se* an amended Prisoner Complaint asserting three claims for relief pursuant to 42 U.S.C. § 1983. On February 28, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Sanchez to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Sanchez was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

Mr. Sanchez has failed within the time allowed to file a second amended complaint as directed and he has failed to respond in any way to Magistrate Judge Boland's February 28 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this  7th  day of   April  , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03102-BNB

Joseph X Sanchez
Prisoner No. 0624730
Denver County Jail
PO Box 1108
10500 E Smith Rd
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk